UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEARTLAND REHABILITATION
SERVICES, INC.,

                    Plaintiff,                   Case No.  06-11769
                                              District Judge Arthur J.  Tarnow
v.                                      Magistrate Judge R. Steven Whalen

JOHN MEKJIAN, et al.,

                    Defendants.
_____/

## <u>ORDER DISMISSING DEFENDANT'S MOTIONS</u>

      Upon receiving a written request by Defendants withdrawing their Motion to

Quash or Modify Subpoenas (filed 6/26/06) [docket # 48] and Motion to Quash and

Objections to Subpoenas (filed 8/2/06) [#34] and the same having been filed   with

the Court on September 6, 2006, and the Court being fully advised in the premises;

      IT IS HEREBY ORDERED that Defendants' Motions [#34 and #48] are

hereby DISMISSED  without prejudice.

                                     s/R. Steven Whalen
                                   R. STEVEN WHALEN
                                 UNITED STATES MAGISTRATE  JUDGE

Dated:  September 6, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 6, 2006.


s/Gina Wilson
Judicial Assistant