UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEARTLAND REHABILITATION
SERVICES, INC., an Ohio Corporation,

       Plaintiff,                    Case No.   06-11769

v.                                  District Judge Arthur J. Tarnow
                                     Magistrate Judge R. Steven Whalen

JOHN MEKJIAN and PERFORMAX
PHYSICAL THERAPHY, P.C.,
a Michigan Corporation,

       Defendants.
_____/

**ORDER DISMISSING DEFENDANT'S FOURTH
MOTION TO QUASH SUBPOENA**

The parties having stated on the record on October 19, 2006 that the Defendant's Fourth Motion to Quash [Docket #56] has been resolved,

IT IS THEREFORE ORDERED that said Motion is DISMISSED WITHOUT PREJUDICE.

                                      S/R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated:  October 19, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys

and/or parties of record by electronic means or U.S. Mail on October 19, 2006.

                                                 S/Gina Wilson
                                                 Judicial Assistant