UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEARTLAND REHABILITATION
SERVICES, INC., an Ohio Corporation,

       Plaintiff,                        Case No.   06-11769

v.                                        District Judge Arthur J. Tarnow
                                            Magistrate Judge R. Steven Whalen

JOHN MEKJIAN and PERFORMAX
PHYSICAL THERAPHY, P.C.,
a Michigan Corporation,

       Defendants.
_____/

**ORDER DENYING IN PART MOTION TO COMPEL**

Before the Court is Defendants' Motion to Compel Production of Documents [Docket #77]. At oral argument on January 9, 2007, the parties indicated that all issues in this motion except one had been resolved, and that a stipulation and order would be filed to that effect. The remaining, unresolved issue involves Defendants' request for documents obtained by Plaintiff from non-party subpoenas.

For the reasons stated on the record on January 9, 2007, this portion of the Defendants' Motion [Docket #77] is DENIED WITHOUT PREJUDICE.

       SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 9, 2007.

        S/Gina Wilson
        Judicial Assistant