UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEARTLAND REHABILITATION
SERVICES, INC., an Ohio Corporation,

       Plaintiff,                        Case No.   06-11769

v.                                       District Judge Arthur J. Tarnow
                                         Magistrate Judge R. Steven Whalen

JOHN MEKJIAN and PERFORMAX
PHYSICAL THERAPY, P.C.,
a Michigan Corporation,

       Defendants.
_____/

## ORDER GRANTING MOTION TO AMEND COMPLAINT

For the reasons and under the terms stated on the record on January 9, 2007, Plaintiff's Motion to Supplement Pleadings or, in the Alternative, to File Second Amended Complaint [Docket #96] is GRANTED.

      SO ORDERED.

                                                  S/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Dated:  January 9, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys

and/or parties of record by electronic means or U.S. Mail on January 9, 2007.

                                        S/Gina Wilson
                                        Judicial Assistant