UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEARTLAND REHABILITATION
SERVICES, INC., an Ohio Corporation,

    Plaintiff,                        Case No. 06-11769

v.                                     District Judge Arthur J. Tarnow
                                       Magistrate Judge R. Steven Whalen

JOHN MEKJIAN and PERFORMAX
PHYSICAL THERAPHY, P.C.,
a Michigan Corporation,

    Defendants.
_____/

**ORDER DENYING DEFENDANTS' MOTION FOR PROTECTIVE ORDER
AND GRANTING PLAINTIFF'S MOTION TO COMPEL**

Before the Court are Defendants' Motion for Protective Order Against Plaintiff's Second Request for Production of Documents [Docket #131] and Plaintiff's Second Motion to Compel Discovery [Docket #143]. Pursuant to E.D. Mich. L.R. 7.1(e)(2), these motions will be submitted and determined without oral hearing on the briefs.

Having reviewed the motions and responses, along with the document requests at issue, the Court concludes that the Plaintiff's discovery requests were timely served on Defendants, and that the requested documents are relevant within the meaning of Fed.R.Civ.P. 26(b)(1). Nor have the Defendants met their burden of showing valid grounds for a protective order.

Accordingly, Defendants' Motion for Protective order [Docket #131] is DENIED, and Plaintiff's Motion to Compel [Docket #143] is GRANTED.

Defendants shall respond to Plaintiff's Second Request for Production of Documents within 14 days of the date of this Order.

SO ORDERED.


S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: June 1, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 1, 2007.


S/Gina Wilson
Judicial Assistant